IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
|  | * |  |
| THOMAS R. GALLAGHER | * | CASE NO.: |
| DEBTOR(S) | * |  |

## CERTIFICATION AND AFFIDAVIT

The undersigned, being the Debtor(s) referenced above, do hereby certify under oath administered by the Standing Trustee at the 341 meeting of creditors conducted on the date noted below, the following (Check the appropriate option, filling in the information requested as needed. Unless otherwise indicated by you, the responses to these statements apply to both Debtors in a joint case):

1.   (X) I am not presently required by any judicial or administrative order or statute to pay any domestic support obligation (as defined in 11 USC section 101(14A)); or,

   ( ) I am required to pay under a domestic support order, and:

   1. The full information as required by law as to the identity of the holder of this claim is as follows:

   Name: _____
   Address: _____

   Tel: _____

   2. My current address is as follows:
   Address: _____
   _____

   3.   My employer information is as follows:
   Name: _____
   Address: _____
   _____

   ( ) as of the date of this affidavit, I am current under any obligation created therein, **AND** I specifically agree to notify my Trustee should I miss any payments due or otherwise become delinquent under any support obligation from this day until my confirmation order is entered.

( ) I am presently in arrears as of the date of this affidavit as follows:

    ( ) I have only those arrears as listed in my petition, and am current post-petition through today; or,

    ( ) I have arrears as listed in my petition, and have in addition incurred the following post-petition arrearage:

_____

_____

2.    (X) I have filed all Federal, State and local tax returns required by law to be filed for all taxable periods ending within the 4- year period prior to the filing of this bankruptcy; or,

    ( ) I still need to file the following returns:

_____

_____

    **By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate, and the Trustee and Court may rely on these statements for purposes of determining if confirmation of my proposed Plan is allowed under the provisions of the Bankruptcy Code. Any inaccuracy in this affidavit may be grounds for revocation or denial of confirmation of my plan.**

Dated this ___11th___ day of ___March___, 2011.

_____
Debtor


_____
Debtor