


Liberty Mutual Fire Insurance Company
Boston, Massachusetts
LibertyGuard®
Condominium Policy Declaration

Liberty Mutual Group

**NAMED INSURED AND MAILING ADDRESS:**
THOMAS R GALLAGHER
11 MOUNT VERNON ST UNIT 1-C
WORCESTER MA 01605-3467

**SALES REP:** M VANSWOL
771 SOUTHBRIDGE ST
AUBURN MA 01501

**INSURED RESIDENCE PREMISES:**
SAME AS MAIL ADDRESS

**SERVICE:** 508-755-7326/800-852-8107
**CLAIMS:** 800-2CLAIMS (800-225-2467)
**WEBSITE:** libertymutual.com

Your Policy Number: H62-218-231650-400 9
Policy Period: 08/05/10 to 08/05/11  12:01AM Standard Time at the Insured Residence Premises

| Reason for This Notice: | This Declaration Effective: 08/05/10 |
|---|---|
| Renewal Condominium Policy Summary, made part of your LibertyGuard® Condominium Policy | |

| Premium Summary | | |
|---|---|---|
| Base Policy Coverages and Limits | $ | 225.00 |
| Additional Coverages | $ | 217.00 |
| Discounts | $ | (81.00) |
| **Total Annual Premium** | $ | 361.00 |

| Premium Detail | | | |
|---|---|---|---|
| Base Policy Coverages and Limits | Deductible | Limits | Premium |
| **Section I** | | | |
| Coverage A - Dwelling | | $ 15,740 | |
| Coverage C - Personal Property with Replacement Cost | | $ 20,970 | |
| Coverage D - Loss of Use of Residence Premises | | $ 8,400 | |
| **Section I Deductible** | | | |
| Losses covered under Section I are subject to a deductible of : | $ 500 | | |
| **Section II** | | | |
| Coverage E - Personal Liability (each occurrence) | | $ 500,000 | |
| Coverage F - Medical Payments to others (each person) | | $ 1,000 | |
| **Total Base Policy Coverages and Limits** | | | $ 225 |

| Additional Coverages | Deductible | Limits | Premium |
|---|---|---|---|
| Credit Card, Fund Transfer, Forgery (HO 04 53 04 91) | | $ 1,000 | $ 0 |
| Personal Property Replacement Cost (FMHO-752 09/87) | | | $ 68 |
| Loss Assessment Coverage (HO 04 35 04 91) | | $ 50,000 | $ 22 |
| Unit Owners Coverage A Special (HO 17 32 04 91) | | | $ 15 |
| Increased Additions and Alterations | | | $ 86 |
| Mold Buyback (FMHO-2409 11/02) | | $ 10,000/50,000 | $ 0 |
| Coverage E increased limit | | | $ 26 |
| **Total Additional Coverages** | | | $ 217 |

**Discounts**
    Group Savings Plus® (5% discount included in base policy premium)
        Becker College Alumni Association
    Protective Device Credit:                                                                                                                   $ (36)
        Smoke/Heat Alarm-All Floors, Extinguishers and Dead Bolt Locks
        Full Sprinkler System
        Complete Reporting Fire Alarm
        Complete Reporting Central Alarm
    Multiple Policy Discount                                                                                                        $ (45)
    **Total Discounts**                                                                                                                           $ (81)

**Special Messages and Massachusetts Provisions**
Your Homeowners policy **does not** provide coverage for damage caused by flood, even if the flood is caused by storm surge. Liberty Mutual can help you obtain this coverage through the Federal Emergency Management Agency (FEMA) if your community is one of the 18,000 communities which participate in the National Flood Insurance Program.

**Base Policy and Amendments Included in Your Policy**
LibertyGuard® Condominium Policy (HO 00 06 04 91)
Special Provisions (HO 01 20 10 94)                             No SecII/Limit I-Daycare (HO 04 96 04 91)
Amendmt Pol Definitions (FMHO-2934 7/04)         Amendatory NonRenewal (HO 05 23 07 97)
Amendatory - Collapse (FMHO 1089)                      Protective Devices (HO 04 16 04 91)
Inflation Protection (FMHO-660 09/82)                  Waiver Of Ded-Theft (FMHO-1087 2/96)
LMHC Membership (2344)

FMHO 3047 12 06                                                             Countersigned            07/02/10

*Dexter R. Legg*
SECRETARY

*Edmund F Kelly*
PRESIDENT

_____
AUTHORIZED REPRESENTATIVE