```
                        United States Bankruptcy Court
                           District of Massachusetts
```

In re:                                                          Case No. 11-41021-cjp
Thomas R. Gallagher                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-4        User: ab              Page 1 of 1         Date Rcvd: Apr 15, 2016
                            Form ID: pdf012       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2016.
db             +Thomas R. Gallagher,    21 Mount Vernon Street,    Unit 1C,    Worcester, MA 01605-3467

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2016 at the address(es) listed below:
              Denise M. Pappalardo    denisepappalardo@ch13worc.com, paper@mab.uscourts.gov
              Jordan   Wilcox    on behalf of Creditor    Household Finance Corporation II now known as HSBC
               Mortgage Services Inc. bankruptcy@orlansmoran.com,    ANHSOM@4stechnologies.com;anhsom@gmail.com
              Kenneth S. Jannette    on behalf of Creditor    Vanda, LLC advnotices@w-legal.com
              Martin A. Mooney    on behalf of Creditor    Chrysler Financial Services Americas LLC
               jsigcha@schillerknapp.com,    jsigcha@ecf.courtdrive.com;kcollins@schillerknapp.com
              Richard   King    USTPRegion01.WO.ECF@USDOJ.GOV
              Richard T. Mulligan    on behalf of Creditor    Household Finance Corporation II mabk@harmonlaw.com,
               rmulligan@ecf.courtdrive.com
              Troy D. Morrison    on behalf of Debtor Thomas R. Gallagher tmorrison@morrisonlawpc.net,
               morrisonlawpc@gmail.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| Thomas R. Gallagher | * | CASE NO.:  11-41021-CJP |
|     DEBTORS | * | |
| | * | |

### MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

    I, Thomas R. Gallagher (hereinafter "the Debtor"), hereby move for an entry of a Chapter 13 discharge.  In support thereof, I rely on the attached Affidavit in Support of the Motion for Entry of Discharge filed herewith.

    WHEREFORE, the Debtor moves for an entry of a Chapter 13 discharge.

    Thomas R. Gallagher
    By His Attorney,
    /s/ Troy D. Morrison_____
    Troy D. Morrison (BBO # 635389)
    Morrison & Associates, PC
    255 Park Avenue, Suite 1000
    Worcester, MA 01609
    (508) 793-8282
    tmorrison@morrisonlawpc.net

Dated: March 27, 2016

*[Margin stamp: 04/15/2016 ALLOWED. NO OBJECTIONS FILED.]*